**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DONALD R. KARR,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **6:23-CV-00867-ADA** |
| | § | |
| **FALLS CREEK APARTMENTS LLC, et al.,** *Defendant.* | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dan N. MacLemore. Dkt. No. 4. The report and recommendation evaluates Plaintiff's motion to proceed in forma pauperis (Dkt. No. 2). Judge MacLemore issued the report and recommendation on January 26, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge MacLemore's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 4) is **ADOPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed in forma pauperis (Dkt. No. 2) is **DENIED** without prejudice to refiling with proper documentation.

**IT IS SO ORDERED.**

**SIGNED** on August 25, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE